E-FILED
Wednesday, 03 December, 2014 01:49:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
DEC 03 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Andre R. Crosswhite, Sr.

Plaintiff

vs.   Case Number: 14-1266

Chad Oberle, *(Hom.) Detective Peoria Police Dept.*, Chris Hauk, *(Hom.) Detective Peoria Police Dept.*, and John Doe, *Acting Chief (at the time) Peoria Police Dept.*

Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915A.

Dated: 12/3/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court